PROB 12C
(6/16)

Report Date: March 9, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Armando Chavez-Venegas | Case Number: 0980 2:20CR00102-TOR-1 |
| Address of Offender: ▮ | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 19, 2022

| | | |
|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326(a)(1), (2) & (b)(1) | |
| Original Sentence: | Prison - 8 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: September 9, 2022 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: September 8, 2025 |

### PETITIONING THE COURT

To issue a warrant.

Upon completion of his custodial sentence, Mr. Chavez-Venegas was deported to Mexico on November 22, 2022. As such, the probation officer was unable to review the conditions of supervision with the offender.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of alien in the United States after deportation, on or about February 18, 2023.<br><br>According to immigration authorities, on or about February 18, 2023, U.S. border patrol agents discovered a water craft in Alamitos Bay located in Long Beach, California, that was attempting to enter the United States. The vessel contained 35 individuals, one of whom was identified as Mr. Chavez-Venegas. The offender was taken into custody; however, his current location is unknown. Subsequently, a record check revealed that he had not applied for permission to reenter the United States after having been previously removed on November 22, 2022. A final order of removal from the United States was issued on February 20, 2023.<br><br>As of this writing, no charges have been filed in the Southern District of California. |

Prob12C
Re: Chavez-Venegas, Armando
March 9, 2023
Page 2

    2    **Special Condition # 1**: If you are deported from the United States, you are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the united States, you are required to report to the probation office within 72 hours of reentry.

        **Supporting Evidence**: The offender is alleged to have violated special condition number 1, by returning to the United States without legal permission from the United States Attorney General or his designee, on or about February 18, 2023.

        As previously noted, on or about February 18, 2023, Mr. Chavez-Venegas was encountered in Alamitos Bay in Long Beach, California by U.S. Border Patrol. A subsequent record check revealed that he did not obtain permission to return to the United States, and had thereby entered the United States illegally.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 9, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge
March 9, 2023
Date