PROB 12C
(6/16)

Report Date: August 24, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Armando Chavez-Venegas | Case Number: 0980 2:20CR00102-TOR-1 |
| Address of Offender: ███████████ | Wenatchee, Washington 98801 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 19, 2022

| | | |
|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 8 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: September 9, 2022 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: September 8, 2025 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 3/9/2023.

Upon completion of his custodial sentence, Mr. Chavez-Venegas was deported to Mexico on November 22, 2022. As such, the probation officer was unable to review the conditions of supervision with the offender.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On or about August 17, 2023, Armando Chavez-Venegas allegedly violated mandatory condition number 1 by committing the offense of alien in the United States after deportation.<br><br>On February 20, 2023, the offender was removed from the United States, through the San Ysidro, California, Port of Entry, after he had been located attempting to enter the United States in Long Beach, California.<br><br>On August 18, 2023, the offender's daughter contacted the U.S. Probation Office to advise that her father had been arrested in Wenatchee, Washington, the night prior, and transported to the Okanogan County Jail. |

Prob12C
**Re: Chavez-Venegas, Armando**
**August 24, 2023**
**Page 2**

| | | |
|---|---|---|
| 4 | | **Special Condition #1**:  You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**:  On or about August 17, 2023, Armando Chavez-Venegas allegedly violated special condition number 1 by returning to the United States without legal permission from the United States Attorney General or his designee.

As previously noted, Mr. Chavez-Venegas was arrested in Wenatchee, Washington, on August 17, 2023.  A subsequent record check revealed the offender had not requested or obtained permission to the return to the United States, and had thereby entered the United States illegally once again.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/24/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[X]  Other : *The Revocation of Supervised Release Hearing set for 9/27/2023 remains set.*

Thomas O. Rice
United States District Judge
August 24, 2024
Date